**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY SHEK, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES SCHWAB & CO., INC., a corporation; and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No. 2:22-cv-09162-JLS-MAR<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION (ECF NO. 27)** |

# ORDER

Before the Court is the Parties' Stipulation for Dismissal with Prejudice (Doc. 27). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that case number Case No. 2:22-cv-09162-JLS-MAR, and all causes and actions contained therein shall be dismissed WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: September 21, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE